**Order entered November 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00298-CR

**MONTRANCE TYRONE ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-51843-N**

## ORDER

The reporter's record was originally due July 7, 2016. In August 2016, we abated the case for a hearing on why the reporter's record had not been filed. We adopted the trial court's findings and ordered the record due September 21, 2016. When the record was not filed, we ordered court reporter Sandra Hughes to file the reporter's record by October 25, 2016 or we would use whatever available remedies to ensure the reporter's record was filed. Although Ms. Hughes filed the reporter's record October 12, 2016, numerous exhibits were missing. We ordered her to file, no later than October 24, 2016, a supplemental reporter's record containing the following exhibits:

- exhibits 6, 7, 8, and 9, each labeled "photo;"

- exhibit 112, a CD of the surveillance video;

- exhibit 113, a CD of the 911 call;

- exhibit 118, labeled "photo;"

- exhibit 132, stipulation of evidence;

- exhibit 133, a CD of jail calls,

- exhibit 140, marked "CD – Richardson PD;" and

- exhibit 141, labeled "photo."

To date, the supplemental reporter's record containing the missing exhibits has not been filed.

Therefore, we **ORDER** that Sandra Hughes not sit as a court reporter until she has filed the supplemental reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Presiding Justice of the 195th Judicial District Court; Sandra Hughes, court reporter; the Dallas County Auditor's Office; and to counsel for all parties.


/s/      ADA BROWN
         JUSTICE